AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 11:15 am, May 23, 2025

| United States of America | |
|---|---|
| v. | Case: 1:25-cr-00153 |
| ASHANTI CRIDER | Assigned To: Ali, Amir H. |
| | Assign Date: 5/22/2025 |
| | Description: INDICTMENT (B) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **ASHANTI CRIDER**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 371, 922(d)(1), 922(g)(1): Conspiracy to Unlawfully Transfer Ammunition to a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
18 U.S.C. §§ 922(d)(1), 924(a)(8): Unlawful Transfer of Ammunition to a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year
7 D.C. Code § 2506.01(b): Possession of a Large Capacity Ammunition Feeding Device
22 D.C. Code § 723: Tampering with Physical Evidence

Date:   05/22/2025

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

MATTHEW J. SHARBAUGH, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 05/23/25 , and the person was arrested on *(date)* 05/27/25
at *(city and state)* Washington DC .

Date: 05/27/25

*Arresting officer's signature*

Jeffrey Martin  DUSM
*Printed name and title*